UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
NOV 23 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>        vs.<br><br>JOSE DE JESUS CUEVAS-VILLALOBOS,<br><br>              Defendant. | CASE NO. 11CR4860-IEG<br><br>**JUDGMENT OF DISMISSAL**<br>(Rule 48, F.R.Crim.P.) |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice;

____  the Court has dismissed the case for unnecessary delay; or

__X__  the Court has granted the motion of the Government for dismissal without prejudice; or

____  the Court has granted the motion of the defendant for a judgment of acquittal; or

____  a jury has been waived, and the Court has found the defendant not guilty; or

____  the jury has returned its verdict, finding the defendant not guilty;

__X__  of the offense(s) of: 21 USC 841(a)(1)          .

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged pursuant to Rule 48, Federal Rules of Criminal Procedure.

DATED: NOVEMBER 23, 2011

                                    _____
                                    RUBEN B. BROOKS
                                    UNITED STATES MAGISTRATE JUDGE


                                    ENTERED ON _____